AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 3:24-mj- *1408-MCR* |
| | ) | |
| ERIN LYNN HILDENBRAND | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 31, 2024_____ in the county of _____Brevard_____ in the _____Middle_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and 2 | Production of child pornography and aiding and abetting the production of child pornography in violation of 18 U.S.C. §§ 2251(a) and 2. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Benjamin J. Luedke, HSI Special Agent
_____
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __9/11/24__

_____
Judge's signature

City and state: _____Jacksonville, Florida_____

Monte C. Richardson, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Benjamin J. Luedke, being duly sworn, state as follows:

1.        I am a Special Agent (SA) with Homeland Security Investigations (HSI), the investigative arm of Immigration and Customs Enforcement (ICE), formerly known as the United States Customs Service. I have been assigned to the Office of the Assistant Special Agent in Charge, Jacksonville, Florida since August 2007. Prior to that, I was assigned to the Blaine, Washington office, beginning in July of 2002. I am a law enforcement officer of the United States and am thus authorized by law to engage in or supervise the prevention, detection, investigation or prosecution of violations of federal criminal law. I am responsible for enforcing federal criminal statutes under the jurisdiction of HSI, including violations of law involving the exploitation of children. I have attended the Basic Criminal Investigator School and the United States Immigration and Customs Enforcement Academy at the Federal Law Enforcement Training Center in Brunswick, Georgia, and I have received training in the area of customs laws. In my capacity as a Special Agent, I have participated in numerous types of investigations during which I have conducted or participated in physical surveillance, undercover transactions and operations, historical investigations, extradition cases, and other complex investigations. Prior to my employment with HSI, I worked as a federal police officer with the U.S. Capitol Police from June 2000 to March 2002. Since becoming a Special Agent, I have worked with experienced Special Agents and state and local law enforcement officers who also investigate child exploitation offenses.

2.     I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent and have served as an undercover agent in online child exploitation cases. During the course of my investigations, I have worked closely with members of the local child exploitation task force comprised of agents and officers from HSI, the Federal Bureau of Investigation (FBI), the Florida Department of Law Enforcement (FDLE), the Jacksonville Sheriff's Office (JSO), the St. Johns County Sheriff's Office (SJSO), and the Clay County Sheriff's Office (CCSO), among other agencies. These agencies routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.     The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe

are necessary to establish probable cause to believe that Erin Lynn HILDENBRAND

has committed a violation of 18 U.S.C. §§ 2251(a) and 2, that is, production of child

pornography.

4.      This affidavit is made in support of a criminal complaint against Erin

Lynn HILDENBRAND, charging that on or about March 31, 2024, in Brevard

County, in the Middle District of Florida, HILDENBRAND did knowingly employ,

use, persuade, induce, entice and coerce a minor to engage in any sexually explicit

conduct for the purpose of producing any visual depiction of such conduct, and which

visual depiction was produced using materials that have been mailed, shipped and

transported in and affecting interstate and foreign commerce, and did aid and abet the

production of such visual depiction, in violation of 18 U.S.C. §§ 2251(a) and 2.

5.      On August 23, 2024, I applied for and obtained federal search warrants

for fifteen electronic devices seized from Erin and Frederick HILDENBRAND's

residence in Brevard County, Florida, but stored in Jacksonville, Florida, from United

States Magistrate Judge Patricia D. Barksdale in Case No. 3:24-mj-1364-PDB through

Case No. 3:24-mj-1378. A copy of one of the search warrant applications, which

contained the same affidavit used with all of the search warrant applications, is

attached hereto as Exhibit 1, and the facts and information contained therein are

hereby incorporated by reference.

6.      On August 28, 2024, a federal grand jury in Jacksonville, FL returned a

3

five-count indictment against Frederick HILDENBRAND, charging him with the production of child pornography, in violation of 18 U.S.C. § 2251(a) and a federal arrest warrant was issued. Frederick HILDENBRAND has since been arrested and had his initial appearance in U.S. District Court in Jacksonville, Florida.

7.     I have reviewed numerous files of child pornography depicting minor victim one (MV1) discovered on Frederick HILDENBRAND's TCL Stylus 5G smartphone, recovered from his vehicle in Clay County, Florida, that appear to have been produced by Frederick HILDENBRAND. Based on my online research of TCL, it appears to be a Chinese company that manufactures cell phones outside of the United States. Several of the files involve Erin HILDENBRAND. My review of one such file is as follows:

Date: March 31, 2024

Title: IMG_20240331_220740

File Path: /data/media/0/DCIM/Camera/IMG_20240331_220740.jpg

Description: This is a color image depicting a prepubescent male child. The child is completely nude and lying on his back on what appears to be a bed. The child's head appears to be leaning against his mother, Erin HILDENBRAND, who is behind him. Erin HILDENBRAND is using her hands to pull the child's legs towards his head while the child's legs are spread thereby exposing his bare anus and genitals.

4

I believe this is a prepubescent child because I know it is MV1 and he is currently 9 years old.

8.      Based upon the foregoing facts, I have probable cause to believe that on or about March 31, 2024, in the Middle District of Florida, Erin Lynn HILDENBRAND did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and which visual depiction was produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce and did aid and abet the production of such visual depiction, in violation of 18 U.S.C. §§ 2251(a) and 2.

_____
Benjamin J. Luedke, Special Agent
Homeland Security Investigations

Sworn   and   subscribed to   via   telephonic   means   on this __11th__ day of September, 2024, in Jacksonville, Florida:

_____
MONTE C. RICHARDSON
United States Magistrate Judge

5